IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TIMOTHY PERUN,<br><br>    *Plaintiff*,<br><br>v.<br><br>LELAND DUDEK,<br><br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 4:25-CV-553-JMD<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM AND ORDER**

Perun requests attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412. ECF 26; ECF 27. He seeks $3,452.77 in attorney's fees under § 2412(d) for 14.3 hours of attorney work in 2025 and 2026 at a rate of $241.45 per hour. ECF 27. Dudek does not object but asks that the Court order the fees to be paid by the Social Security Administration in accordance with *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (holding that fee awards under § 2412(d) are subject to Government offset to satisfy pre-existing debts owed by the litigant to the United States). ECF 28.

Perun also seeks $405 in costs, as permitted by § 2412(a)(1), as reimbursement for costs incurred in filing this litigation. ECF 26; ECF 27 at 4. Dudek agrees to this as well but notes that an award of costs is paid out of the Judgment Fund administered by the United States Treasury, not out of SSA appropriations. ECF 28. Because this Court reversed the Commissioner of Social Security's final decision denying Perun's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 405(g), and remanded the case under sentence four of the Act, ECF 25, the Court **GRANTS** both motions.

1

**IT IS HEREBY ORDERED** that Perun's motion for attorney's costs under the Equal Access to Justice Act is **GRANTED**.  ECF 26.  It is further ordered that costs in the amount of $405 shall be remitted to Traci L. Severs[1] from the Judgment Fund administered by the United States Treasury.

**IT IS FURTHER ORDERED** that Perun's motion for attorney's fees under the Equal Access to Justice Act is **GRANTED**.  ECF 27.  It is further ordered that the Social Security Administration shall remit to Traci L. Severs attorney's fees in the amount of $3,452.77, subject to any pre-existing debt that Perun owes the United States.

Dated this 11th day of February, 2026

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE

---

[1] Perun has assigned his rights to any court awarded EAJA fees and costs to his attorney.  ECF 27-2.

2